**Ronald BELL et al.**

v.

**ZONING BOARD OF REVIEW OF the CITY OF EAST PROVIDENCE et al.**

**No. 79–142–A.**

Supreme Court of Rhode Island.

Feb. 4, 1980.

Anthony E. Grilli, Providence, for plaintiffs.

Joseph B. Carty, Jr., Providence, for defendants.

## ORDER

The plaintiffs appeared in response to a Show Cause Order issued by this court on November 29, 1979, to show cause why the appeal should not be dismissed since review of a Superior Court judgment in a zoning case can only be obtained by petition for writ of certiorari. There having been no cause shown, the appeal is hereby dismissed and the papers remanded to the Superior Court.

DORIS, J., did not participate.

**FRIENDLY LIQUORS, INC.**

v.

**Eugene J. PONTBRIANT et al.**

**No. 79–156–A.**

Supreme Court of Rhode Island.

Feb. 4, 1980.

Richard R. Ackerman, Inc., Woonsocket, for plaintiff.

Macktaz, Keefer & Kirby, Joseph P. Carroll, Woonsocket, for Eugene J. Pontbriant.

Gerald M. Brenner, Asst. City Sol., Woonsocket, for Zoning Board of Review of the City of Woonsocket.

## ORDER

The defendant, Eugene J. Pontbriant, appeared in response to a Show Cause Order issued by this court on November 29, 1979, to show cause why this appeal should not be dismissed since review of a Superior Court judgment in a zoning case can only be obtained by a petition for a writ of certiorari. There having been no cause shown, the appeal is hereby dismissed and the papers remanded to the Superior Court.

DORIS, J., not participating.